## Indiana Board of Pharmacy *v.* Haag.

[No. 8,749. Filed November 19, 1915.]

From Marion Circuit Court (20,672); *Charles Remster*, Judge.

Proceeding by the Indiana Board of Pharmacy against Louis E.

Haag for the revocation of his license as a registered pharmacist. From a judgment for defendant, the plaintiff appeals. *Transferred to Supreme Court.*

Thomas M. Honan, Frank P. Baker and Gavin, Gavin & Davis, for appellant.

Ryan, Ruckelshaus & Ryan, for appellee

FELT, J.—The facts in this case are identical with those in *Indiana Board, etc.*, v. *Haag* (1915), 60 Ind. App. 218, 110 N. E. 248, this day transferred to the Supreme Court for want of jurisdiction and for the same reason there stated this case is transferred to the Supreme Court under §1397 Burns 1914, Acts 1901 p. 565.